IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

PATRICIA HOSBROOK, :
    Plaintiff,
                                        Case No. 3:20-cv-88
v. :
                                        JUDGE WALTER H. RICE
ETHICON, INC.,
    Defendants. :

---

DECISION AND ENTRY OVERRULING WITHOUT PREJUDICE TO REFILING DEFENDANTS' MOTION TO DISMISS THE CASE-SPECIFIC OPINIONS OF BRUCE ROSENZWEIG, M.D. (DOC. #44) AND DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT (DOC. #39)

---

Before the Court are two motions filed by Defendants, Ethicon, Inc., Ethicon LLC, and Johnson and Johnson ("Defendants" or "Ethicon"). The first motion filed by Defendants is a Motion to Limit the Case-Specific Opinions of Bruce Rosenzweig, M.D. ("Motion to Limit"), Doc. #44. Plaintiff, Patricia Hosbrook, ("Plaintiff"), has filed a Response in Opposition to the Motion to Limit, Doc. #48. No reply was filed by Defendants.

Defendants' second motion is a Motion for Partial Summary Judgment, Doc. #39. Plaintiff has filed a Response in Opposition, Doc. #46, and Defendants have filed a Reply, Doc. #47.

The Court was recently advised by counsel for Defendants that a motion for change of venue may be filed and that a determination on whether to file said motion will be made on or before April 7, 2020.

Accordingly, Defendants' Motion to Limit, Doc. #44, and Motion for Partial Summary Judgment, Doc. #39, are OVERRULED without prejudice to refiling subject to this Court's ruling on any motion for change of venue. If such a motion is filed and sustained, the motions at issue will be decided by the Transferee Judge. If such a motion is not filed or, if filed is overruled, the motions at issue will be decided promptly by the undersigned.

Date: March 27, 2020

WALTER H. RICE
UNITED STATES DISTRICT JUDGE